IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,     *

    Plaintiff,     *

v.     *     CR. NO.: 17-10032-STA

TAVARES L. FARRINGTON,     *

    Defendant.     *

_____

**ORDER CONTINUING SENTENCING HEARING
AND NOTICE OF RESETTING**
_____

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Tavares L. Farrington, for the entry of an Order continuing his sentencing hearing in this case, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED to the 30th day of November, 2018, at 2:15 p.m.

IT IS SO ORDERED, this the 17th day of October, 2018.

                                      s/S. Thomas Anderson
                                      S. THOMAS ANDERSON
                                      CHIEF UNITED STATES DISTRICT JUDGE