IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 17-10032-STA |
| TAVARES L. FARRINGTON, | * | |
| Defendant. | * | |

___

**ORDER CONTINUING SENTENCING HEARING
AND NOTICE OF RESETTING**
___

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Tavares L. Farrington, for the entry of an Order continuing his sentencing hearing in this case, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED to the 21st day of December, 2018, at 9:00 a.m.

IT IS SO ORDERED, this the 27th day of November, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE